# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151063

MARIO SENTELLE CAVIN,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 151063
COA: 325078

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 18, 2015, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2015



Clerk

jam